[No. 2343-2.   Division Two.   January 6, 1977.]

*In the Matter of the Welfare of* HEATHER MITCHELL.

Certiorari to review a judgment of the Superior Court

for Kitsap County, No. 5009, Tyler C. Moffett, J., entered March 31, 1976. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.